## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KAREN BRIGGS, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 1:21-cv-06762** |
| vs. | |
| SAMAHA INVESTMENTS, INC. d/b/a TUFFY PLAINFIELD, | |
| *Defendant*. _____/ | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Karen Briggs, and Defendant, Samaha Investments, Inc. d/b/a Tuffy Plainfield, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Karen Briggs, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 26, 2022

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** <br> /s/ Andrew J. Shamis <br> Andrew J. Shamis, Esq. <br> Illinois Bar No. 6337427 <br> ashamis@shamisgentile.com <br> 14 NE 1st Avenue, Suite 705 <br> Miami, FL 33132 <br> Telephone: 305-479-2299 <br><br> *Counsel for Plaintiff* | By: /s/ Mazyar M. Hedayat <br> Mazyar M. Hedayat, Esq. <br> **M. Hedayat & Associates, P.C.** <br> 1211 W. Lakeview Ct. <br> Romeoville, Illinois 60446 <br> Ph. (630) 378-2200 <br> mhedayat@mha-law.com <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
       Andrew J. Shamis, Esq.
       Illinois Bar No. 6337427

*Attorneys for Plaintiff*