# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Karen Briggs

                        Plaintiff,

v.                                                Case No.: 1:21–cv–06762
                                                Honorable Ronald A. Guzman

Samaha Investments, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: In light of the parties' stipulation of dismissal [12], the referral is closed. The telephone status set on 4/26/2022 is cancelled. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.