## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Karen Briggs

                        Plaintiff,

v.                                           Case No.: 1:21−cv−06762
                                              Honorable Ronald A. Guzman

Samaha Investments, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' agreed stipulation to dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [12], the claims of Plaintiff, Karen Briggs, are dismissed with prejudice, with the parties to bear their own costs and fees. All claims of any unnamed member of the class are dismissed without prejudice. All future dates are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.